UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-650 DWF/AJB

| | | |
|---|---|---|
| DAVID J. KRUEGER, Plaintiff, v. THOMAS M. McSHANE and SCOTT A. SWENO, Defendants. | ) | O R D E R |

Upon application of Defendant Scott A. Sweno, no hearing hereon being deemed necessary, and for cause shown, it is hereby

ORDERED that Defendant Scott A. Sweno shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiff to June 15, 2001.

Dated: 4/23/01

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED APR 23 2001
FRANCIS E. DO[illegible] CLERK
[illegible]ENT ENTD
[illegible]Y CLERK