UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-650 DWF/AJB

DAVID J. KRUEGER,

Plaintiff,

v.

THOMAS M. McSHANE AND
SCOTT A. SWENO,

Defendants.

ORDER

Upon motion of the Federal Defendant to substitute the United States as the sole Defendant to the tort allegations in the complaint, and it appearing to the Court that this is a common law tort action against federal employee Scott A. Sweno arising out of actions taken within the scope of his employment,

IT IS ORDERED, pursuant to 28 U.S.C. §2679(d)(1), that the United States be substituted as the Defendant to the allegations in the complaint herein in place of Federal Defendant Scott A. Sweno and that the title of the action be amended accordingly; and

IT IS FURTHER ORDERED that as to Defendant Scott A. Sweno, this action is dismissed with prejudice.

Dated: June 11, 2001

DONOVAN W. FRANK
U.S. District Court Judge

FILED JUN 11 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK