**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID J. KRUEGER,

Plaintiff,

Civil No. 01-650 (DWF/AJB)

v.

**ORDER OF DISMISSAL**

THOMAS M. MCSHANE and
UNITED STATES OF AMERICA,

Defendants.

---

Willard Converse, Esq., Jensen Bell Converse & Erickson, 1500 MN World Trade Center, 30 Seventh Street East, St. Paul, MN 55101, counsel for Plaintiff.

Wayne Struble, Esq., and Jennifer Huelskoetter, Esq., Bowman & Brooke, Suite 2600, 150 South Fifth Street, Minneapolis, MN 55402 and Patricia R. Cangemi, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 9, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED JUL 09 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____