UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-650 DWF/AJB

| | |
|---|---|
| DAVID J. KRUEGER,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS M. McSHANE and<br>UNITED STATES OF AMERICA<br><br>Defendants. | **ORDER OF DISMISSAL** |

Based upon the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits without further cost to either party.

Dated: May 16, 2002

DONOVAN W. FRANK
United States District Court Judge

FILED MAY 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK